608 A.2d 493

**Rudolph R. LOPEZ, Jr. and Candace Lopez, Wife, Appellants,**

v.

**John DOE, Administrator of the Estate of Diana M. Muza, Deceased, Appellee.**

Supreme Court of Pennsylvania.

Argued March 9, 1992.

Decided June 18, 1992.

Reargument Denied July 20, 1992.

Robert Rade Stone, Richard J. Freyvogel, Pittsburgh, for appellants.

James F. Manley, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The appeal is hereby dismissed as having been improvidently granted.

PAPADAKOS, J., did not participate in the consideration or decision of this case.

McDERMOTT and ZAPPALA, JJ., note their dissent.